JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR23-190-RSM |
| Plaintiff, | |
| vs. | ORDER GRANTING UNOPPOSED MOTION TO EXTEND PRETRIAL MOTIONS DEADLINE |
| HARLAN JAMES, | |
| Defendant. | |

THE COURT has considered Mr. James's unopposed motion to extend the deadline for pretrial motions along with the records in this case.

IT IS ORDERED that the due date for pretrial motions is extended from January 11 to January 25, 2024.

DONE this 10th day of January 2024.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Andrew Kennedy*
Assistant Federal Public Defender
Attorney for Harlan James

ORDER TO EXTEND PRETRIAL
MOTIONS DEADLINE - 1
(*U.S. v. James,* CR23-190-RSM)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**