THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR23-190-RSM |
| Plaintiff, | ) | |
| v. | ) | ORDER TO FILE OVERLENGTH DOCUMENT |
| HARLAN P. JAMES, | ) | |
| Defendant. | ) | |

THE COURT has considered Harlan James's motion to file an overlength document along with the records in this case.

IT IS ORDERED that Mr. James's motion to file overlength motion is granted.

DONE this 25th day of March, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:
s/ *Andy Kennedy*
s/ *Gregory Geist*
Assistant Federal Public Defenders
Attorney for Harlan P. James

ORDER TO FILE OVERLENGTH DOCUMENT
(*United States v. James*, CR23-190-RSM) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100