Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>HARLAN JAMES,<br><br>　　　　　　　Defendant. | NO. CR23-190-RSM<br><br>ORDER GRANTING UNITED STATES' MOTION TO FILE OVERLENGTH DOCUMENT |

The Court, having reviewed the Motion of the United States to File an Overlength Document, hereby states: IT IS HEREBY ORDERED that the Motion is GRANTED. The United States may file its Response to Defendant Harlan James' Dkt. #64.

DATED this 15th day of April, 2025.

　　　　　　　　　　　　　　　　　　[signature]
　　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Michael F. Harder*
Michael F. Harder
Assistant United States Attorney

ORDER GRANTING UNITED STATES' MOTION TO FILE OVERLENGTH BRIEF/
*United States v. Harlan James,* CR23-190-RSM 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970