The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HARLAN JAMES,<br><br>Defendant. | NO. CR23-190-RSM<br><br><br>ORDER TO SEAL EXHIBIT 1 |

Having read the Government's Motion to Seal and because of the sensitive information contained in Exhibit 1 re Government's Response to Defendant's Motion to Suppress.

It is hereby ORDERED that the Exhibit 1, shall remain sealed.

DATED this 15th day of April, 2025.


RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE


Presented by:

s/ Michael F. Harder
MICHAEL F. HARDER
Assistant United States Attorney

Order to Seal Exhibit 1 - 1
*United States v.* James/ CR23-190-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970