THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

HARLAN P. JAMES,

        Defendant.

No. CR23-190-RSM

ORDER MODIFYING CONDITIONS
OF PRETRIAL BOND

THE COURT has considered Harlan James' unopposed motion to modify conditions of pretrial bond and the records in this case.

IT IS ORDERED the last bullet point of the Other Special Conditions of the Appearance Bond requiring location monitoring, noted below, is stricken:

> The defendant shall participate in the location monitoring program with Active Global Positioning Satellite technology. The defendant shall comply with a curfew as directed by the location monitoring specialist. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist.

DONE this 30th day of October 2025.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Andy Kennedy*
s/ *Gregory Geist*
Assistant Federal Public Defenders
Attorney for Harlan P. James

ORDER MODIFYING CONDITIONS OF
PRETRIAL BOND
(*United States v. James*, CR23-190-RSM) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**