THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>HARLAN P. JAMES,<br>Defendant. | No. CR23-190-RSM<br><br>ORDER MODIFYING CONDITIONS OF PRETRIAL BOND |

THE COURT has considered Harlan James’ motion to modify conditions of pretrial bond and the records in this case.

IT IS ORDERED the Other Special Conditions of the Appearance Bond be modified as following:

> You shall not have direct or indirect contact with any existing and/or future witnesses, and victims in this case. However, you will be allowed contact with a victim if they decide to voluntarily participate in a restorative justice process involving themselves and you. Such contact shall be limited to meetings monitored by a restorative justice process circle leader.

DONE this 2nd day of November, 2026.



RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Andy Kennedy*
s/ *Gregory Geist*
Assistant Federal Public Defenders
Attorneys for Harlan P. James